UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FNU LNU, a/k/a CRUZ MANUEL RAMOS,

        Defendant-Petitioner,

  -against-

UNITED STATES OF AMERICA,

        Respondent.
-----------------------------------------------------------X

16 CIVIL 4499 (LTS)
06 CR. 172 (LTS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 2, 2020, the Johnson aspect of Petitioner's motion pursuant to 28 U.S.C. section 2255 is granted to the extent it seeks vacatur of Petitioner's conviction under 28 U.S.C. section 924(c) of the crime charged in Count Three of the Sixth Superseding Indictment; Petitioner's motion is also granted to the extent it seeks resentencing on Counts Twelve, Fourteen and Fifteen of the Sixth Superseding Indictment; and is denied to the extent it seeks resentencing on Counts One and two; the Court consequently vacates the judgment of conviction on Count Three, and vacates the sentences imposed in respect to Counts Twelve, Fourteen and fifteen; accordingly, the case is closed.

**DATED:**  New York, New York
            September 3, 2020

                                                  RUBY J. KRAJICK
                                                 _____
                                                    Clerk of Court
                                     **BY:**
                                                    _____
                                                    Deputy Clerk